STERNS & WEINROTH,
A Professional Corporation
50 West State Street
Suite 1400
P.O. Box 1298
Trenton, New Jersey 08607-1298
(609) 392-2100
Attorneys for Plaintiffs, Coach, Inc.
and Coach Services, Inc

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

------------------------------------x
:
COACH, INC. and COACH SERVICES, INC.,  :   DOCUMENT FILED
: ELECTRONICALLY
Plaintiffs,  :
: **Civil Action No.**
vs.  :
:
:
MEADOWLANDS MARKET PLACE, INC. d/b/a :
NEW MEADOWLANDS FLEA MARKET,  :
ROBERT KAYE, MING YUEN, HANIN TEMEH, :
ELAINE M. LEVY, XIAOMIN ZHOU, ANNA  :
KOZAK, JAIN FENG LIU, ZHELIANG ZHANG,
ENID F. MORRIS, ZHENLIANG HAUNG,
ZHEMIN ZHANG and DOES 1 THROUGH 10,

Defendant(s).
------------------------------------x

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. Rule 7.1(a), Plaintiff Coach, Inc., by its attorneys, hereby states that it is a publicly-held Maryland corporation, that there is no parent corporation to it, and that no publicly-held company owns 10% or more of its Stock.

{00364994;v1}

Pursuant to Fed. R. Civ. P. Rule 7.1(a), Plaintiff Coach Services, Inc., by its attorneys, hereby states that it is a privately-held Maryland corporation, its parent corporation is Coach, Inc., and that Coach, Inc., a publicly-held company, owns 10% or more of its Stock.

                                          **STERNS & WEINROTH,**
                                          A Professional Corporation

                By:    /s/   Michael L. Rosenberg
                          mrosenberg@sternslaw.com

Dated:  December 3, 2010