**STERNS & WEINROTH, P.C.**
50 West State Street
Suite 1400 P.O. Box 1298
Trenton, New Jersey 08607-1298
(609) 392-2100
Attorneys for Plaintiffs, Coach, Inc.
and Coach Services, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  : <br> COACH, INC. and COACH SERVICES, INC.,  : <br> : <br> Plaintiffs,  : <br> vs.  : <br> : <br> MEADOWLANDS MARKET PLACE, INC. d/b/a  : <br> NEW MEADOWLANDS FLEA MARKET,  : <br> ROBERT KAYE, MING YUEN, HANIN TEMEH, : <br> ELAINE M. LEVY, XIAOMIN ZHOU, ANNA  : <br> KOZAK, JAIN FENG LIU, ZHELIANG ZHANG, : <br> ENID F. MORRIS, ZHENLIANG HAUNG, <br> ZHEMIN ZHANG and DOES 1 THROUGH 10, <br> <br> Defendants. <br> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | Civil Action No. 2:10-cv-06269 (SRC)(MAS) <br><br> **DOCUMENT FILED ELECTRONICALLY** <br><br><br> **NOTICE OF APPEARANCE** |

**TO:** Clerk, United States District Court
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance on behalf of Plaintiffs Coach, Inc. and Coach Services, Inc. and requests that all E-Filing Notices in this case be e-mailed to cshaw@sternslaw.com.

                                        **STERNS & WEINROTH, P.C.**
                             By:    /s/    Christine Shaw
                                        cshaw@sternslaw.com

Dated:  December 9, 2010

{00367178;v1}