# STERNS & WEINROTH

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

50 WEST STATE STREET
SUITE 1400
P.O. BOX 1298
TRENTON, NEW JERSEY 08607-1298
(609) 392-2100
FACSIMILE
(609) 392-7956
WWW.STERNSLAW.COM

Writer's Direct Line: (609) 989-5054
e-mail: cshaw@sternslaw.com

File No.: 53774-38

December 28, 2010

**_Via Electronic Filing_**
Clerk
United States District Court
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: Coach, Inc., et al. v. New Meadowlands Market, et al.
Docket No.: 2:10-CV-6269 (SRC) (MAS)

Dear Clerk:

We recently filed an Amended Complaint in the above matter. Kindly issue a new summons so that we may serve the Amended Complaint. Thank you.

Very truly yours,

Christine A. Shaw

CAS/djl

{00371258;v1}