# STERNS & WEINROTH
### A PROFESSIONAL CORPORATION
## COUNSELLORS AT LAW
50 WEST STATE STREET
SUITE 1400
P.O. BOX 1298
TRENTON, NEW JERSEY 08607-1298
(609) 392-2100
FACSIMILE
(609) 392-7956
WWW.STERNSLAW.COM

Writer's Direct Line: (609) 989-5054
e-mail: cshaw@sternslaw.com

File No.: 53774-38

January 13, 2010

**Via Electronic Filing**
Clerk
United States District Court
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  **Coach, Inc., et al. v. New Meadowlands Market, et al.**
     **Docket No.: 2:10-CV-6269 (SRC) (MAS)**

Dear Clerk:

We recently filed a Second Amended Complaint in the above matter. Neither of the two previous versions of the complaint were served. Please note that the Second Amended Complaint deletes prior named parties and adds additional parties. Accordingly, kindly issue a new summons with the caption listed as Coach, Inc., et al. v. State Fair Amusement Corporation, d/b/a New Meadowlands Market, et al., so that we may serve the Second Amended Complaint. Thank you.

Very truly yours,

Christine A. Shaw

CAS/djl

{00375248;v1}