UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC. | : (DOCUMENT FILED ELECTRONICALLY) : |
|     *Plaintiffs,* | : CIVIL ACTION NO.2:10-6269 (SRC) (MAS) |
| v. | : : |
| STATE FAIR AMUSEMENT CORP d/b/a NEW MEADOWLANDS MARKET, AL DORSO, HANIN TEMEH, ELAINE M. LEVY, XIAOMIN ZHOU, ANNA KOZAK, JIAN FENG LIU, ZHENLIANG ZHANG, ENID F. MORRIS, ZHENLIANG HUANG, ZHEMIN ZHANG, and DOES 1-10 | : : : : : :  Rule 7.1 Disclosure Statement : |
|     Defendants | : : |

    The undersigned, counsel for Defendant, State Fair Amusement Corp., certifies that this party is a non-governmental corporate party and that:

This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/ Russel B. Teschon, Esq.
*Attorneys for Defendants, State Fair Amusement Corporation*
*d/b/a New Meadowlands Market, and Al Dorso*

Teschon Riccobene and Siss
Russel B. Teschon, Esq.  (RT3425)
327 Godwin Ave.
Midland Park, New Jersey 07432
Rteschon@trslawfirm.com
Telephone: 201. 670.4400
Facsimile: 201.670.6023

March 8, 2011

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on Other Documents.
4. Select Corporate Disclosure Statement.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the NEXT button.